UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

XAVIER PAYNE,

        Plaintiff,        Case No. 1:25-cv-596

v.        Honorable Phillip J. Green

UNKNOWN ZUPON,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  June 9, 2025        /s/ Phillip J. Green
                                                        PHILLIP J. GREEN
                                                        United States Magistrate Judge